JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMONA S.,<br>　　　Plaintiff<br>　　v.<br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br>　　　Defendant. | Case No. 5:21-cv-1138-GJS<br><br>JUDGMENT |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is **REVERSED** and this matter **REMANDED**, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings consistent with the Court's Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment.

DATED: August 24, 2022

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　GAIL J. STANDISH
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE