UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| RAMONA V. SALAZAR, | No. EDCV 21-01138 GJS |
| Plaintiff, | ORDER AWARDING EAJA FEES |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA attorney fees are awarded in the amount of FOUR THOUSAND ONE HUNDRED DOLLARS AND 00/100 ($4,100.00), and costs in the amount of ZERO ($0.00), subject to the terms of the stipulation.

DATE:  September 20, 2022

_____
HON. GAIL J. STANDISH,
UNITED STATES MAGISTRATE JUDGE